UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTWAN MAURICE LEWIS,<br><br>         Petitioner,<br><br>vs.<br><br>M.E. SPEARMAN, Warden,<br><br>         Respondent. | Case No.  CV 12-10517-RGK(AJW)<br><br>JUDGMENT |

    It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: January 3, 2013

_____
R. Gary Klausner
United States District Judge